

JUDGE ASK A WITNESS DO YOU THINK THAT PEDOPHILES CAN BE REHABILITATED?

Appellant will file a brief in accordance with Rule 24 on the certified issues on or before the 17th day of October, 2011. Appellee will file a brief no later than 30 days after the filing of Appellant's brief. Appellant may file a reply no later than 10 days after the filing of Appellee's brief.

No. 11–0525/AF. U.S. v. Michael P. Grafmuller. CCA 37524. On consideration of the motion filed by Major Michael S. Kerr, USAF, to withdraw from representation as Appellate Defense Counsel, it appears that Appellant no longer desires representation by Air Force counsel and wishes to represent himself in this case. Accordingly, it is ordered that said motion is hereby granted.